1  JOSEPH E. MALONEY, SBN 95458
   Attorney at Law
2  1155 High Street
   Auburn, California 95603
3  Telephone: (530) 885-7787

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DENNIS L. PARKER, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 2:06-CV-00340-GEB-KJM |
| v. | ) | |
| | ) | STIPULATION TO ELECT REFERRAL |
| YUBA COUNTY WATER DISTRICT, | ) | OF ACTION TO VOLUNTARY |
| | ) | DISPUTE RESOLUTION PROGRAM |
| Defendant. | ) | (VDRP) PURSUANT TO LOCAL RULE |
| | ) | 16-271; ORDER |
| _____ | ) | |

Pursuant to Local Rule 16-271, the parties hereby agree to

1  submit the above-entitled action to the Voluntary Dispute
2  Resolution Program.
3
4  Dated: March 17, 2006
5                                   /s/ Joseph E. Maloney
                                     JOSEPH E. MALONEY
6                                    Attorney for Plaintiff
7  Dated: March 17, 2006
8                                    /s/ Robert H. Greenfield
                                     ROBERT H. GREENFIELD
9                                    Attorney for Defendant
10
11                                **ORDER**
12      IT IS SO ORDERED.
13 Dated:  March 21, 2006
14
                                    /s/ Garland E. Burrell, Jr.
15                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
16

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is not a party to the action and is a person of such age and discretion to be competent to serve papers.

That on [date], he served a copy of the attached

[document]

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Auburn, California, OR hand delivering said papers to the following:

Addressee(s):

Reminder: add language about electronic service

/s/ Joseph E. Maloney
JOSEPH E. MALONEY
Attorney for xx

3