IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS PARKER,

    Plaintiff,                                     No. CIV S-06-0340 GEB KJM

    vs.

YUBA COUNTY WATER DISTRICT,

    Defendant.                                  <u>ORDER</u>

/

        Plaintiff's motion to compel came on regularly for hearing October 4, 2006. Joseph Maloney appeared for plaintiff. Robert Greenfield appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to compel answers at depositions is granted in part. Plaintiff may pose questions pertaining to what was said by any person attending the closed sessions and inquire into the reasons for the actions and conclusions of individual board members. To the extent plaintiff poses questions inquiring into the reasons why deponent Colantuono reached certain legal conclusions, the objection based on work product may be properly asserted if these reasons were not conveyed to the board members in closed session.

/////

1

2. The motion to compel deponent Colantuono to produce notes of the October 13, 2005 conversation is granted.

3. Defendant is directed to pay for the original transcript and court reporter's appearance fees for the further deposition of the board members and deponent Colantuono.[1]

DATED: October 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
parker.oah

---

[1] The court acknowledges and appreciates defense counsel's concession on this issue.