IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. PARKER, ) | |
| ) | 2:06-cv-00340-GEB-KJM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| YUBA COUNTY WATER DISTRICT, ) | |
| ) | |
| Defendant. ) | |

On June 30, 2009, Plaintiff filed a motion for a temporary restraining order ("TRO") in which Plaintiff seeks to have Defendant enjoined from taking any personnel action against Plaintiff until further order of this court. Defendant shall respond to Plaintiff's request for a TRO in a filing due no later than 4:00 p.m. on July 2, 2009. If Plaintiff desires to reply, Plaintiff's reply shall be filed no later than 4:00 p.m. on July 6, 2009. The hearing on the TRO is scheduled to commence at 1:30 p.m. on July 8, 2009.

Dated: July 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1