Robert H. Greenfield, SBN 114500
GREENFIELD•HARDY
4790 Golden Foothill Parkway, Suite 210
El Dorado Hills, CA 95762
Telephone: (916) 939-1070
Facsimile:   (916) 939-1075

Attorneys for Defendant,
Yuba County Water District

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DENNIS L. PARKER | Case No.:  2:06-cv-00340-GEB-KJM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| YUBA COUNTY WATER DISTRICT | |
| Defendant. | DATE     August 3, 2009<br>TIME     1:30pm<br>PLACE   Courtroom No. 10 |

It is hereby stipulated by and between the parties that the hearing on the Motion for Preliminary Injunction presently set for August 3, 2009, is hereby continued to November 23, 2009, at 9:00 a.m.  During the continuance, the Temporary Restraining Order issued by this court shall remain in full force and effect until the above referred matter is heard or by Order of this court.

It is so stipulated.

Dated:  July 31, 2009                                         GREENFIELD•HARDY


                                                                          / s /
                                                            ROBERT H. GREENFIELD, Attorney
                                                            for YUBA COUNTY WATER DISTRICT

/ / /

/ / /

1      It is so stipulated.

2  Dated:  July 31, 2009					LAW OFFICES OF JOSEPH E. MALONEY

3

4						   / s /
						_____
5						Joseph E. Maloney, Attorney
						for Dennis Parker

6

7

8      Plaintiff's pending motion for preliminary injunction referenced in the above stipulation is
9  deemed withdrawn, since such motions should be decided sooner than the parties' indicate.
10 Further, the hearing on the preliminary injunction scheduled for August 3, 2009 is vacated as
11 the parties' request in the above stipulation.  Since the parties have stipulated that the TRO is
12 in full force and effect until November 23, 2009 at 9:00 a.m., it is so ordered.

13

14 July 31, 2009
						_____
15						Garland E. Burrell, Jr.,
16						US District Judge