```
JOSEPH E. MALONEY, SBN 95458
Attorney at Law
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Telephone: (530) 885-7787

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DENNIS L. PARKER,                )
                                 )
              Plaintiff,         )    Civ-S-06-0340-GEB-KJM
                                 )
       v.                        )
                                 )    STIPULATION AND ORDER
YUBA COUNTY WATER DISTRICT,      )
                                 )
              Defendant.         )
                                 )
_____)
```

The parties, through their counsel, stipulate as follows:

1.  The Administrative Judge (ALJ) hearing the issue of fitness for duty has continued the hearing on that matter to September 2, 2009 to conclude the taking of evidence, inasmuch as the parties had not completed their presentations by July 22, 2009;

2. The parties believe that the ALJ's decision may have some bearing or be of some assistance to the parties in resolving the issues arising from the District's actions of June 22, 2009, which were the subject of plaintiff's motion for preliminary injunction;

3.  The parties anticipate some gap in time between completion of the evidence before the ALJ and the ALJ's decision; and

4.  Plaintiff has not abandoned his motion for preliminary injunction, but is, rather, attempting to resolve the matter if

1 | possible without the Court's further intervention.
2 |    Accordingly, the parties request that the Temporary
3 | Restraining Order (Docket No. 122)remain in effect until such
4 | time as the matter may be heard by this Court, if necessary,
5 | after receipt of the ruling of the ALJ, at which time the parties
6 | will confer as to how best to address the issues in light of the
7 | ALJ's Order and, if they are not able to agree, plaintiff will
8 | re-notice his motion for preliminary injunction on the Court's
9 | first available calendar.
10 | Dated: August 13, 2009
11 |            /s/ Joseph E. Maloney
12 |            JOSEPH E. MALONEY
           Attorney for Plaintiff
13 | Dated: August 13, 2009
14 |            /s/ Robert H. Greenfield
15 |            Robert H. Greenfield
           Attorney for Defendant

16 | **ORDER**

17 |   The parties' stipulation concerning the Temporary Restraining
18 | Order ("TRO") (Docket No. 122) is modified as follows:  The TRO
19 | shall remain in effect until such time as a motion is heard on
20 | whether the TRO should be dissolved or a motion is heard on a
21 | request for a preliminary injunction("PI").  No PI motion is
22 | pending since the PI motion referenced in the parties'
23 | stipulation has been deemed withdrawn.
24 | Dated:  August 18, 2009

           GARLAND E. BURRELL, JR.
           United States District Judge