IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS L. PARKER,          )
                           )   2:06-cv-00340-GEB-KJM
          Plaintiff,       )
                           )
     v.                    )   ORDER RE: SETTLEMENT AND
                           )   DISPOSITION
NORTH YUBA WATER DISTRICT, )
                           )
          Defendant.       )
_____)

Plaintiff filed a Notice of Settlement on September 27, 2010, in which he states, "the parties have tentatively agreed to a settlement of this case . . . . The currently calendared dates should be vacated." (ECF No. 159.) Plaintiff further states,

> There is good cause for a period in excess of 21 days because the defendants have not yet presented plaintiff with a release or other written settlement agreement memorializing the terms of the settlement, and, while counsel for defendant is endeavoring to provide the release language sooner, it may be presented as late as October 4, 2010. Moreover, the agreement provides for payments to plaintiff spread over the next approximately 120 days.

Id. at 1:25-2:3. Plaintiff requests sixty (60) days to file a dispositional document. Id. at 1:24-25.

The request is granted; a dispositional document shall be filed no later than November 29, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without

1

prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The trial scheduled to commence at 9:00 a.m. on October 26, 2010 is vacated. A status conference is scheduled for December 13, 2010 at 9:00 a.m., in the event that no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report addressing only the status of filing a dispositional document shall be filed fourteen days prior to the status conference.

IT IS SO ORDERED.

Dated:  September 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge